# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID HASSAN,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>OLAITAN BALOGUN, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 23-197 (CKK) |

## ORDER
(November 4, 2024)

For the reasons stated in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that the [72] Report and Recommendation is **ADOPTED** in its entirety;

**ORDERED** that Defendant Sharon Newton's [30] Motion to Dismiss is **GRANTED**; and further

**ORDERED** that the complaint and this civil action are **DISMISSED** without prejudice.

This is a final, appealable order. *See* Fed. R. App. P. 4(a).

The Clerk of Court is respectfully directed to mail copies of this Order and the accompanying Memorandum Opinion to the *pro se* parties' addresses of record.

**SO ORDERED.**

**Date:** November 4, 2024.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge